1  WILLIAM A. BAUDLER (SBN 5381)
   GEORGE VELASTEGUI (SBN 107847)
2  CATHERINE VENTOLA (SBN 43330)
3  National Labor Relations Board
   1301 Clay Street, Suite 300N
4  Oakland, California 94612-5211
   Telephone: (510) 637-3288
5  Facsimile:  (510) 637-3315
   Email:  catherinel.ventola@nlrb.gov
6
7  Attorneys for Petitioner

**RECEIVED**
FEB 1 8 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

ALAN B. REICHARD, Regional Director of the    )
Thirty-Second Region of the National Labor    )
Relations Board, for and on behalf of the     )
NATIONAL LABOR RELATIONS BOARD                )    C09-00705
                                              )
              Petitioner,                     )
         v.                                   )    Civil No. C
                                              )
                                              )    ~~PROPOSED~~ ORDER
INTERNATIONAL LONGSHORE AND                   )    SHORTENING TIME
WAREHOUSE UNION, LOCAL 10                     )
                                              )
              Respondent.                     )

Petitioner's Motion for an Order Shortening Time is hereby granted.

Date: _____

_____
United [States District Judge]

IT IS SO ORDERED
/s/ Judge Marilyn H. Patel

PROPOSED ORDER SHORTENING TIME