WILLIAM A. BAUDLER (SBN 5381)
GEORGE VELASTEGUI (SBN 107847)
CATHERINE VENTOLA (SBN 43330)
National Labor Relations Board
1301 Clay Street, Suite 300N
Oakland, California 94612-5211
Telephone:  (510) 637-3288
Facsimile:  (510) 637-3315
Email:  catherinel.ventola@nlrb.gov

Attorneys for Petitioner

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ALAN B. REICHARD, Regional Director of the Thirty-Second Region of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>v.<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 10<br><br>Respondent. | Civil No. C09-00705MHP<br><br>~~PROPOSED~~ ORDER CLOSING CASE |

Upon being advised by the Petitioner that the matter is no longer pending before the National Labor Relations Board, the Court's injunctive order has terminated by operation of law, and the above-styled case is hereby closed.

Date:  7/24/2009

_____
United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

PROPOSED ORDER CLOSING CASE